UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FERNANDO GENE FERNANDEZ,**

  **Plaintiff,**

v.            Case No. 6:24-cv-1942-CEM-UAM

**DAYTONA BEACH POLICE DEPARTMENT,**

  **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review. The United States Magistrate Judge issued a Report and Recommendation (Doc. 21), recommending that Plaintiff's claims be dismissed "for want of prosecution—failure to keep contact information up-to-date—pursuant to Federal Rule of Civil Procedure 11, for failure to comply with [the Court]'s order to show cause, and for lack of subject matter jurisdiction," (*id.* at 3).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and made a part of this Order.

2. The Amended Complaint (Doc. 1) is **DISMISSED**.

3. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party